| | |
|---|---|
| 1 | COOLEY LLP |
| | STEVEN M. STRAUSS (99153) |
| 2 | (SMS@COOLEY.COM) |
| | M. RAY HARTMAN III (211205) |
| 3 | (RHARTMAN@COOLEY.COM) |
| | SUMMER J. WYNN (240005) |
| 4 | (SWYNN@COOLEY.COM) |
| | CATHERINE J. O'CONNOR (275817) |
| 5 | (COCONNOR@COOLEY.COM) |
| | 4401 Eastgate Mall |
| 6 | San Diego, CA  92121 |
| | Telephone:  (858) 550-6000 |
| 7 | Facsimile:   (858) 550-6420 |
| 8 | Attorneys for Defendants |
| | SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," |
| 9 | and KINDER MORGAN G.P., INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACHELLA SELF STORAGE, LLC; JAMES PILCHER; SUSAN PILCHER; MARTIN WELLS and SUSAN WELLS as trustees of the MARTIN & SUSAN WELLS REVOCABLE TRUST; and CHARLES SERRANO and BARBARA SLOAN as trustees of the CHARLES SERRANO AND BARBARA SLOAN 2012 REVOCABLE TRUST, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P., previously known as SANTA FE PACIFIC PIPELINES, INC., previously known as SOUTHERN PACIFIC PIPELINES, INC.; KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC.,<br><br>           Defendants. | Case No.  8:15-CV-00718-JVS-DFM<br><br>**KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Judge:     Hon. James V. Selna<br>Date:      September 14, 2015<br>Time:     1:30 p.m.<br>Courtroom: 10C – Santa Ana<br><br>Complaint Filed: May 5, 2015<br>Trial Date:     None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

KINDER MORGAN'S NOTICE OF MOTION AND
MOTION TO DISMISS / MOTION TO STRIKE
CASE NO. 8:15-CV-00718-JVS-DFM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 14, 2015 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10C – Santa Ana of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516, Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively, "Kinder Morgan") will and hereby do move this Court for an order dismissing Plaintiffs' Second Amended Complaint ("SAC"), pursuant to Federal Rule of Civil Procedure 12(b)(6).

In addition, Kinder Morgan moves to dismiss or strike Plaintiffs' request for "restitution damages for the benefits and profits that were unfairly or unlawfully obtained by Defendants" and "reasonable attorneys' fees, in an amount to be proved at trial," in Plaintiffs' Fifth Cause of Action for Violation of California Business and Professions Code section 17200 ("Section 17200"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f).

Kinder Morgan brings this motion on the grounds that each of Plaintiffs' claims fails as a matter of law because Plaintiffs failed to adequately plead an ownership interest in the subsurface of Union Pacific Railroad Company's right-of-way where Kinder Morgan's pipeline is located. This is the fundamental premise underlying all of Plaintiffs' claims. Additionally, Plaintiffs' Fourth Cause of Action for "Quiet Title / Slander of Title / Ejectment" should be dismissed because it is impermissibly uncertain, and does not adequately allege the elements for quiet title, slander of title, or ejectment. Further, the SAC is not verified, as is required for a quiet title claim. Finally, Plaintiffs' Section 17200 claim fails because it seeks attorney's fees, "damages," and nonrestitutionary disgorgement, which are not available as a matter of law.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

KINDER MORGAN'S NOTICE OF MOTION AND
MOTION TO DISMISS / MOTION TO STRIKE
CASE NO. 8:15-CV-00718-JVS-DFM

1  This motion is based on this notice, the accompanying memorandum, the accompanying declaration of Summer J. Wynn and exhibits thereto, the accompanying request for judicial notice, the papers and pleadings on file in this matter, and on such other and further matters or arguments that may be presented at or before the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 10, 2015.

Dated: July 17, 2015

COOLEY LLP
STEVEN M. STRAUSS (99153)
M. RAY HARTMAN III (211205)
SUMMER J. WYNN (240005)
CATHERINE J. O'CONNOR (275817)

*/s/ Steven M. Strauss*
Steven M. Strauss (99153)

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.

119297021