UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-718 JVS (DFMx)    Date  July 20, 2015

Title  Phillips v. Union Pacific Railroad Company

Present: The Honorable    James V. Selna

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**  **(IN CHAMBERS) Order Staying Motion to Transfer Case [40] and Motions to Dismiss [38][39]**

   SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively, "Kinder Morgan") have moved to transfer this case to the Northern District of California pursuant to 28 U.S.C. § 1404(a). (Docket No. 40.) In view of the pending motion before the Judicial Panel on Multidistrict Litigation to transfer this and other cases to a single forum for pretrial proceedings, In re: SFPP, L.P. Railroad Property Rights Litigation, MDL Docket No. 2647, the Court stays the present motion until the Panel has acted. At that time, the Court will set a briefing schedule as appropriate.

   For similar reasons, the Court stays the motions to dismiss filed by Kinder Morgan and Union Pacific Railroad Company. (Docket Nos. 38, 39.) Should the Panel order transfer to a single court, it is likely that the transferee forum would order the fling of a single consolidated complaint.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | nkb | |