# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACHELLA SELF STORAGE, LLC; JAMES PILCHER; SUSAN PILCHER; MARTIN WELLS and SUSAN WELLS as trustees of the MARTIN & SUSAN WELLS REVOCABLE TRUST; and CHARLES SERRANO and BARBARA SLOAN as trustees of the CHARLES SERRANO AND BARBARA SLOAN 2012 REVOCABLE TRUST, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P., previously known as SANTA FE PACIFIC PIPELINES, INC., previously known as SOUTHERN PACIFIC PIPELINES, INC.; KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC.,<br><br>Defendants. | Case No. SACV15-718 JVS (DFMx)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SUSPEND DEADLINE UNDER L.R. 23-3 TO FILE MOTION FOR CLASS CERTIFICATION** |

Upon consideration of the Plaintiffs' Unopposed Motion to Suspend Deadline Under L.R. 23-3 to File Motion for Class Certification, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline under L.R. 23-3 to move for class certification is suspended until further order of the Court.

IT IS SO ORDERED.

Dated: August 11, 2015

_____
Judge of the U.S. District Court