UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re SFPP Right-of-Way Claims | Case No. 8:15-cv-00718-JVS-DFM |
|---|---|
| | **ORDER GRANTING KINDER MORGAN'S MOTION FOR CLARIFICATION OF COURT'S SEPTEMBER 18, 2015 ORDER (DKT. NO. 65)** |
| | Assigned to the Honorable James V. Selna |

# ORDER

Before the Court is the Motion for Clarification of the Court's September 18, 2015 Order (Dkt. No. 65) ("Motion for Clarification"), filed on behalf of Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively, "Kinder Morgan"). Having read and considered the motion, and for good cause shown, the Court hereby **GRANTS** Kinder Morgan's Motion for Clarification.

- Kinder Morgan's and Union Pacific's responses to all of the complaints in the underlying suits are not due until a date to be set at the October 14, 2015 status conference.

**IT IS SO ORDERED.**

Dated: September 29, 2015

Honorable James V. Selna
United States District Judge