COOLEY LLP
STEVEN M. STRAUSS (99153)
(SMS@COOLEY.COM)
M. RAY HARTMAN III (211205)
(RHARTMAN@COOLEY.COM)
SUMMER J. WYNN (240005)
(SWYNN@COOLEY.COM)
CATHERINE J. O'CONNOR (275817)
(COCONNOR@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D,"
and KINDER MORGAN G.P., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP Right-of-Way Claims | Case No.  8:15-CV-00718-JVS-DFM<br><br>**JOINT STATEMENT IN RESPONSE TO THE *ELPIDIO* PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Judge:         Hon. James V. Selna<br>Date:          November 9, 2015<br>Time:         1:30 p.m.<br>Courtroom: 10C |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

JOINT STATEMENT RE: *ELPIDIO* PLAINTIFFS'
MOT. TO APPOINT INTERIM CLASS COUNSEL
CASE NO. 8:15-CV-00718-JVS-DFM

Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively, "Kinder Morgan") and Defendant Union Pacific Railroad Company ("Union Pacific") (collectively, "Defendants") hereby submit this statement regarding the *Elpidio* Plaintiffs' Motion to Appoint Interim Class Counsel. (Dkt. No. 88.)

Defendants do not object to appointment of lead putative class counsel for purposes of efficiency. Defendants do not take a position as to the adequacy of Plaintiffs' counsel at this time, and reserve the right to do so in the future. Defendants also reserve the right to oppose any request for attorney's fees on any basis, including whether the work performed was reasonable or necessary.

| | |
|---|---|
| Dated: November 2, 2015 | COOLEY LLP |
| | */s/ Summer J. Wynn* |
| | Summer J. Wynn (240005) |
| | Attorneys for Defendants SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC. |
| Dated: November 2, 2015 | SHOOK, HARDY & BACON L.L.P. |
| | */s/ Tammy B. Webb* |
| | Tammy B. Webb (227593) |
| | Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

JOINT STATEMENT RE: *ELPIDIO* PLAINTIFFS'
MOT. TO APPOINT INTERIM CLASS COUNSEL
CASE NO. 8:15-CV-00718-JVS-DFM

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all signatories listed have concurred in the filing of this document.

Dated: November 2, 2015    COOLEY LLP

*/s/ Summer J. Wynn*
Summer J. Wynn (240005)

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.

123476911