Joseph Rebein, Admitted *Pro Hac Vice*
Andrew Carpenter, Admitted *Pro Hac Vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jrebein@shb.com
acarpenter@shb.com

Tammy B. Webb, SBN 227593
John K. Sherk III, SBN 295838
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  415-544-1900
Facsimile:   415-391-0281
tbwebb@shb.com
jsherk@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re SFPP Right-of-Way Claims | Case No. 8:15-cv-00718-JVS-DFM |
|---|---|
| | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF UNION PACIFIC RAILROAD COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL AND FOR MORE DEFINITE STATEMENT AND IN SUPPORT OF UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO KINDER MORGAN'S BRIEF ON ISSUES RAISED BY PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF DEFENDANT UNION PACIFIC RAILROAD COMPANY'S COUNTERCLAIMS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Union Pacific Railroad Company ("Union Pacific"), respectfully submits this Notice of Supplemental Authority in support of Union

1  Pacific Railroad Company's Response in Opposition to Plaintiffs' Motion for Partial
2  Dismissal and for More Definite Statement and in Support of its Response to Kinder
3  Morgan's Brief on Issues Raised by Plaintiffs' Motion for Partial Dismissal of Defendant
4  Union Pacific Railroad Company's Counterclaims. (*See* Doc. Nos. 148, 156).

5       Attached as Exhibit A is Judge Campbell's May 27, 2016 Order on Plaintiffs' Motion
6  for Partial Dismissal and for More Definite Statement.

9  Dated: May 27, 2016                          Respectfully submitted,

11                                              /s/ Andrew D. Carpenter_____
                                                Joseph Rebein, (Admitted *Pro Hac Vice*)
                                                Andrew Carpenter (Admitted *Pro Hac Vice*)
12                                              SHOOK, HARDY & BACON L.L.P.
                                                2555 Grand Boulevard
13                                              Kansas City, Missouri 64108
                                                Telephone: 816-474-6550
14                                              Facsimile: 816-421-5547
                                                jrebein@shb.com
15                                              acarpenter@shb.com

17                                              Tammy B. Webb, SBN 227593
                                                John K. Sherk III, SBN 295838
18                                              SHOOK, HARDY & BACON L.L.P.
                                                One Montgomery, Suite 2700
19                                              San Francisco, California 94104
                                                Telephone:   415-544-1900
20                                              Facsimile:   415-391-0281
                                                jsherk@shb.com
21                                              tbwebb@shb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on, May 27, 2016, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

- **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF UNION PACIFIC RAILROAD COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL AND FOR MORE DEFINITE STATEMENT AND IN SUPPORT OF UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO KINDER MORGAN'S BRIEF ON ISSUES RAISED BY PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF DEFENDANT UNION PACIFIC RAILROAD COMPANY'S COUNTERCLAIMS**

                                       s/ Andrew D. Carpenter
                                       ANDREW D. CARPENTER