# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-00718-JVS (DFMx) | Date | July 21, 2016 |
| Title | In Re SFPP Right-of-Way Claims | | |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | CS 07/21/2016 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Barrett J. Vahle | Summer J. Wynn |
| Ethan M. Lange | John Sherk |
| | Tammy B. Webb |

**Proceedings:**   Telephonic Discovery Hearing

    Case called and counsel make their appearances. Court and counsel confer. Ruling on RFP Nos. 8 and 29 will follow.

                                                                                                             : 33

Initials of Clerk   nkb