UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-00718-JVS (DFMx) | Date | September 1, 2016 |
|---|---|---|---|
| Title | In Re SFPP Right-of-Way Claims | | |

Present: The Honorable  Douglas F. McCormick

| Nancy Boehme | CS 09/01/2016 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ethan M. Lange | Shannon Sorrells |
| Barrett Vahle | John Sherk |
| | Tammy B. Webb |

**Proceedings:**   Telephonic Discovery Hearing

  Case called and counsel make their appearances. Court and counsel confer. Court sets a further telephonic conference for September 22, 2016, at 3:00 p.m.

                       :  07
            Initials of Clerk nkb