Joseph Rebein, (Admitted *Pro Hac Vice*)
Andrew Carpenter (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com
acarpenter@shb.com

Tammy B. Webb, SBN 227593
John K. Sherk III, SBN 295838
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  415-544-1900
Facsimile:   415-391-0281
tbwebb@shb.com
jsherk@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP Rights-of-Way Claims | Case No. 8:15-cv-00718-JVS-DFMx<br><br>**UNION PACIFIC RAILROAD COMPANY'S NOTICE OF MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Date:        December 5, 2016<br>Time:       1:30 p.m.<br>Dept.:       Courtroom 10C – Santa Ana<br>Judge:      Hon. James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 5, 2016, or as soon thereafter as this matter may be heard, before the Honorable James V. Selna in Courtroom 10C, in the United States District Court for the Central District of California—Southern Divisions, located at 411 West Fourth Street, Santa Ana, California 92701, Defendant Union Pacific Railroad Company ("Union Pacific") will and hereby does move for an Order granting a stay of proceedings pending a determination of Union Pacific's Section 1292(b) appeal by the United States Court of Appeals for the Ninth Circuit.

This Motion is based on this Notice; the Memorandum of Points and Authorities in Support of the Motion; the complete files and records in this action; matters that may be judicially noticed; and any oral or documentary evidence that may be presented at the hearing on this matter.

Pursuant to Local Rule 7-3, this Motion is made following the conference of counsel on October 21, 2016. Union Pacific's counsel has met and conferred with Plaintiffs' counsel and Kinder Morgan's counsel regarding the Motion to Stay.

Dated:  October 28, 2016                SHOOK, HARDY & BACON L.L.P.

/s/ _Tammy B. Webb_____
Joseph Rebein, (Admitted *Pro Hac Vice*)
Andrew Carpenter (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com
acarpenter@shb.com

Tammy B. Webb, SBN 227593
John K. Sherk III, SBN 295838
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900

1

1000125

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Facsimile:   415-391-0281  
jsherk@shb.com  
tbwebb@shb.com  

Attorneys for Defendant  
Union Pacific Railroad Company