UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 15-00718 JVS (DFMx)** | Date | May 1, 2017 |
| | Consolidated with SACV 15-00986 JVS (DFMx); SACV 15-01362 JVS (DFMx); and CV 15-07492 JVS(DFMx) | | |
| Title | In re SFPP Right-of-Way Claims | | |

Present: The Honorable    James V. Selna

| James Selna | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Norman Siegel | John Sherk |
| Thomas Stewart | Tammy Webb |
| Barrett Vahle | Ray Hartman |
| Albert Chang | Steven Strauss |
| John Cowder | |

**Proceedings:** **Plaintiff's Motion for Class Certification (filed 1-30-17)**

**Defendant Union Pacific Railroad Company's Motion to Exclude Cindi Straup (Fld 3-13-17)    (Joinder by Kinder Morgan Defendants)**

**Kinder Morgan Defendants' Motion to Exclude Expert C. David Matthews (Fld 3-13-17)   (Joinder by Union Pacific Railroad)**

**Plaintiff's Motion to Strike Expert Kelly Melle Response to Opposition to Motion (Fld 4-3-17, Dkt 251)**

   Cause called and counsel make their appearances.  The Court's tentative ruling is issued.  Counsel make their arguments.  The Court takes the above referenced motions under submission.

|  | 1 | : | 25 |
|---|---|---|---|
| Initials of Preparer | kjt | | |