JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-00718 JVS (DFMx)<br>Consolidated with<br>SACV 15-00986 JVS(DFMx); SACV 15-01362 JVS(DFMx);<br>and CV 15-07492 JVS(DFMx) | Date | September 8, 2017 |

Title: In re SFPP Right-of-Way Claims

Present: The Honorable James V. Selna

Karla J. Tunis — Deputy Clerk

Not Present — Court Reporter

Attorneys Present for Plaintiffs: Not Presnet

Attorneys Present for Defendants: Not Present

**Proceedings:** (In Chambers)
**ORDER REMOVING ACTION FROM ACTIVE CASELOAD**

This Court, having granted a partial stay pending appeal on December 5, 2016 and the plaintiffs' having filed a Notice of Petition for Permission to Appeal on June 6, 2016 regarding the class certification ruling, hereby removes the action from the active caseload, to be reinstated upon application of the parties.

In order to permit the Court to monitor this action, the Court hereby orders the parties to file a status report not later than October 6, 2017. Successive reports shall be filed every one hundred twenty (120) days thereafter. Each report must indicate the date on which the next report is due.

: 00

Initials of Preparer  kjt