Norman E. Siegel
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Plaintiffs' Co-Lead and Liaison Counsel

Thomas S. Stewart
*stewart@swm.legal*
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiffs' Co-Lead Counsel

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP Right-of-Way Claims | CASE NO. SACV 15-00718 JVS (DFMx) |
| | **JOINT STATUS REPORT** |
| | Judge: Hon. James V. Selna |

This case is stayed, and on appeal in part to the United States Court of Appeals for the Ninth Circuit. On September 8, 2017, the Court removed this action from the active caseload, and ordered the parties to file a status report not later than October 6, 2017, with successive reports every 120 days (Doc. 267).

By order of August 15, 2017, the Court of Appeals denied Plaintiffs' Rule 23(f) Petition for Permission to Appeal relating to this Court's Order denying class certification.

Union Pacific's interlocutory appeal from this Court's partial dismissal of Union Pacific's counterclaims is fully briefed and set for argument on December 7, 2017, in Pasadena.

The parties' next status report is due February 2, 2018.

Dated: October 6, 2017                                   Respectfully submitted,

/s/ Barrett J. Vahle
Norman E. Siegel                         Thomas S. Stewart
(admitted *pro hac vice*)                (admitted *pro hac vice*)
Barrett J. Vahle (admitted *pro hac vice*)   Elizabeth G. McCulley
Ethan M. Lange (admitted *pro hac vice*)     (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP                 STEWART, WALD & MCCULLEY, LLC
460 Nichols Road, Suite 200              2100 Central, Suite 22
Kansas City, Missouri 64112              Kansas City, Missouri 64108
Phone: (816) 714-7100                    Phone: (816) 303-1500
Fax: (816) 714-7101                      Fax: (816) 527-8068
*siegel@stuevesiegel.com*                *stewart@swm.legal*
*vahle@stuevesiegel.com*                 *mcculley@swm.legal*
*lange@stuevesiegel.com*

| | | |
|---|---|---|
| 1 | Jason S. Hartley | Steven M. Wald (admitted *pro hac vice*) |
| 2 | STUEVE SIEGEL HANSON LLP | STEWART, WALD & MCCULLEY, LLC |
| | 550 West C Street, Suite 1750 | 12747 Olive Blvd., Suite 280 |
| 3 | San Diego, California 92101 | St. Louis, Missouri 63141 |
| 4 | Phone: (619) 400-5822 | Phone: (314) 720-6190 |
| | Fax: (619) 400-5832 | Fax: (314) 400-7724 |
| 5 | *hartley@stuevesiegel.com* | *wald@swm.legal* |

### *Plaintiffs Interim Co-Lead Class Counsel*

| | |
|---|---|
| John W. Cowden | Robert Ahdoot |
| (admitted *pro hac vice*) | Tina Wolfson |
| Angela M. Higgins | Theodore W. Maya |
| (admitted *pro hac vice*) | Bradley K. King |
| BAKER STERCHI COWDEN & RICE, L.L.C. | AHDOOT & WOLFSON, PC |
| 2400 Pershing Road, Suite 500 | 1016 Palm Avenue |
| Kansas City, Missouri 64108 | West Hollywood, California 90069 |
| Phone: (816) 471-2121 | Phone: (310) 474-9111 |
| Fax: (816) 472-0288 | Fax: (310) 474-8585 |
| *cowden@bscr-law.com* | *rahdoot@ahdootwolfson.com* |
| *higgins@bscr-law.com* | *twolfson@ahdootwolfson.com* |
| | *tmaya@ahdootwolfson.com* |
| J. Robert Sears (admitted *pro hac vice*) | *bking@ahdootwolfson.com* |
| BAKER STERCHI COWDEN & RICE, L.L.C. | |
| 1010 Market Street, Suite 950 | Francis A. Bottini, Jr. |
| St. Louis, Missouri 63101 | Albert Y. Chang |
| Phone: (314) 231-2925 | Yury A. Kolesnikov |
| Fax: (314) 231-4857 | BOTTINI & BOTTINI, INC. |
| *sears@bscr-law.com* | 7817 Ivanhoe Avenue, Suite 102 |
| | La Jolla, California 92037 |
| Andrew G. Giacomini | Phone: (858) 914-2001 |
| John T. Cu | Fax: (858) 914-2002 |
| HANSON BRIDGETT LLP | *fbottini@bottinilaw.com* |
| 425 Market Street, 26th Floor | *achang@bottinilaw.com* |
| San Francisco, California 94105 | *ykolesnikov@bottinilaw.com* |
| Phone: (415) 777-3200 | |
| Fax: (415) 541-9366 | |
| *agiacomini@hansonbridgett.com* | |
| *jcu@hansonbridgett.com* | |

### *Additional Plaintiffs' Counsel*

Dated: October 6, 2017     Respectfully submitted,

            /s/ Tammy B. Webb_____

Joseph Rebein
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
jrebein@shb.com

Tammy B. Webb
John K. Sherk III
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281
tbwebb@shb.com
jsherk@shb.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY


Dated: October 6, 2017     Respectfully submitted,

            /s/ M. Ray Hartman III_____

Steven M. Strauss
M. Ray Hartman III
Summer J. Wynn
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6030
Facsimile: (858) 550-6420
sms@cooley.com
swynn@cooley.com

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.