Norman E. Siegel
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Plaintiffs' Co-Lead and Liaison Counsel

Thomas S. Stewart
*stewart@swm.legal*
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiffs' Co-Lead Counsel

*[See Additional Counsel on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SFPP Right-of-Way Claims | CASE NO. SACV 15-00718 JVS (DFMx) |
| | **JOINT STATUS REPORT** |
| | Judge: Hon. James V. Selna |

This case is stayed, and on appeal in part to the United States Court of Appeals for the Ninth Circuit. On September 8, 2017, the Court removed this action from the active caseload, and ordered the parties to file a status report not later than October 6, 2017, with successive reports every 120 days (Doc. 267).

Union Pacific's interlocutory appeal from this Court's partial dismissal of Union Pacific's counterclaims was argued on December 7, 2017, and is now submitted awaiting a ruling by Court of Appeals.

The parties' next status report is due June 2, 2018.

Dated: February 2, 2018                    Respectfully submitted,

/s/ Barrett J. Vahle
Norman E. Siegel                            Thomas S. Stewart
(admitted *pro hac vice*)                   (admitted *pro hac vice*)
Barrett J. Vahle (admitted *pro hac vice*)  Elizabeth G. McCulley
Ethan M. Lange (admitted *pro hac vice*)    (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP                    STEWART, WALD & MCCULLEY, LLC
460 Nichols Road, Suite 200                 2100 Central, Suite 22
Kansas City, Missouri 64112                 Kansas City, Missouri 64108
Phone: (816) 714-7100                       Phone: (816) 303-1500
Fax: (816) 714-7101                         Fax: (816) 527-8068
*siegel@stuevesiegel.com*                   *stewart@swm.legal*
*vahle@stuevesiegel.com*                    *mcculley@swm.legal*
*lange@stuevesiegel.com*

Jason S. Hartley
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, California 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
*hartley@stuevesiegel.com*

Steven M. Wald (admitted *pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
12747 Olive Blvd., Suite 280
St. Louis, Missouri 63141
Phone: (314) 720-6190
Fax: (314) 400-7724
*wald@swm.legal*

*Plaintiffs Interim Co-Lead Class Counsel*

John W. Cowden
(admitted *pro hac vice*)
Angela M. Higgins
(admitted *pro hac vice*)
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
*cowden@bscr-law.com*
*higgins@bscr-law.com*

J. Robert Sears (admitted *pro hac vice*)
BAKER STERCHI COWDEN & RICE, L.L.C.
1010 Market Street, Suite 950
St. Louis, Missouri 63101
Phone: (314) 231-2925
Fax: (314) 231-4857
*sears@bscr-law.com*

Andrew G. Giacomini
John T. Cu
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Phone: (415) 777-3200
Fax: (415) 541-9366
*agiacomini@hansonbridgett.com*
*jcu@hansonbridgett.com*

Robert Ahdoot
Tina Wolfson
Theodore W. Maya
Bradley K. King
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, California 90069
Phone: (310) 474-9111
Fax: (310) 474-8585
*rahdoot@ahdootwolfson.com*
*twolfson@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*bking@ahdootwolfson.com*

Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Phone: (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Additional Plaintiffs' Counsel*

2
JOINT STATUS REPORT

| | |
|---|---|
| Dated: February 2, 2018 | Respectfully submitted, |
| | /s/ Tammy B. Webb |
| | Joseph Rebein<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>jrebein@shb.com |
| | Tammy B. Webb<br>John K. Sherk III<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, California 94104<br>Telephone: 415-544-1900<br>Facsimile: 415-391-0281<br>tbwebb@shb.com<br>jsherk@shb.com |
| | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| Dated: February 2, 2018 | Respectfully submitted, |
| | /s/ M. Ray Hartman III |
| | Steven M. Strauss<br>M. Ray Hartman III<br>Summer J. Wynn<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6030<br>Facsimile: (858) 550-6420<br>sms@cooley.com<br>swynn@cooley.com |
| | Attorneys for Defendants<br>SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC. |