UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA J. BARAHONA; et al., | No. 16-56562 |
| Plaintiffs, | D.C. No. 8:15-cv-00718-JVS-DFM |
| and | U.S. District Court for Central California, Santa Ana |
| MARTIN WELLS, as trustees of the MARTIN & SUSAN WELLS REVOCABLE TRUST; et al., | **MANDATE** |
| Plaintiffs - Appellees, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY, | |
| Defendant - Appellant, | |
| and | |
| SFPP, L.P.; et al., | |
| Defendants. | |

The judgment of this Court, entered February 06, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7