Norman E. Siegel
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart
*stewart@swm.legal*
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Counsel for Plaintiffs

*[See Additional Counsel on Signature Page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP Right-of-Way Claims | CASE NO. SACV 15-00718 JVS (DFMx) |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | Judge: Hon. James V. Selna |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Plaintiffs named in this matter (specifically, **Martin and Susan Wells as trustees of the Martin and Susan Wells Revocable Trust, and Sandra L. Hinshaw as trustee of the Sandra L. Hinshaw Living Trust**); and Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company) and SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc. (collectively "Defendants"), hereby stipulate to dismiss all claims and counterclaims asserted by either Plaintiffs or Defendants with prejudice. The Parties will bear their own costs.

STIPULATION OF DISMISSAL WITH PREJUDICE

1

2 Dated:  May 2, 2018                                Respectfully submitted,

3

4 /s/ Barrett J. Vahle
Norman E. Siegel                                   Thomas S. Stewart

5 (admitted *pro hac vice*)                          (admitted *pro hac vice*)
Barrett J. Vahle (admitted *pro hac vice*)          Elizabeth G. McCulley

6 Ethan M. Lange (admitted *pro hac vice*)           (admitted *pro hac vice*)

7 STUEVE SIEGEL HANSON LLP                           STEWART, WALD & MCCULLEY, LLC
460 Nichols Road, Suite 200                        2100 Central, Suite 22

8 Kansas City, Missouri 64112                        Kansas City, Missouri 64108

9 Phone: (816) 714-7100                              Phone: (816) 303-1500
Fax: (816) 714-7101                                Fax: (816) 527-8068

10 *siegel@stuevesiegel.com*                          *stewart@swm.legal*

11 *vahle@stuevesiegel.com*                           *mcculley@swm.legal*
*lange@stuevesiegel.com*

12                                                    Steven M. Wald (admitted *pro hac vice*)

13 Jason S. Hartley                                   STEWART, WALD & MCCULLEY, LLC
STUEVE SIEGEL HANSON LLP                           12747 Olive Blvd., Suite 280

14 550 West C Street, Suite 1750                      St. Louis, Missouri 63141

15 San Diego, California 92101                        Phone: (314) 720-6190
Phone: (619) 400-5822                              Fax: (314) 400-7724

16 Fax: (619) 400-5832                                *wald@swm.legal*

17 *hartley@stuevesiegel.com*

18                                        ***Counsel for Plaintiffs***

19

20

21

22

23

24

25

26

27

28

1  Dated: May 2, 2018                    Respectfully submitted,

2                                        /s/ Tammy B. Webb_____

3                                        Joseph Rebein
                                         SHOOK, HARDY & BACON L.L.P.
4                                        2555 Grand Blvd.
                                         Kansas City, Missouri 64108
5                                        Telephone: (816) 474-6550
                                         Facsimile:  (816) 421-5547
6                                        jrebein@shb.com

7                                        Tammy B. Webb
                                         John K. Sherk III
8                                        SHOOK, HARDY & BACON L.L.P.
                                         One Montgomery, Suite 2700
9                                        San Francisco, California 94104
                                         Telephone: 415-544-1900
10                                       Facsimile: 415-391-0281
                                         tbwebb@shb.com
11                                       jsherk@shb.com

12                                       **Attorneys for Defendant**
                                         **UNION PACIFIC RAILROAD**
13                                       **COMPANY**

14

15  Dated: May 2, 2018                   Respectfully submitted,

16
                                         /s/ M. Ray Hartman III
17                                       Steven M. Strauss
                                         M. Ray Hartman III
18                                       Summer J. Wynn
                                         COOLEY LLP
19                                       4401 Eastgate Mall
                                         San Diego, CA 92121
20                                       Telephone: (858) 550-6030
                                         Facsimile: (858) 550-6420
21                                       sms@cooley.com
                                         swynn@cooley.com
22

23                                       **Attorneys for Defendants**
                                         **SFPP, L.P., KINDER MORGAN**
24                                       **OPERATING L.P. "D," and KINDER**
                                         **MORGAN G.P., INC.**
25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE