Norman E. Siegel
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart
*stewart@swm.legal*
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Counsel for Plaintiffs

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP Right-of-Way Claims | MASTER CASE NO. SACV 15-00718 JVS (DFMx)<br><br>(Consolidated with Case Nos. 15-cv-0986-JVS-DFM and 15-cv-7492-JVS-DFM.<br><br>**JOINT NOTICE REGARDING ADMINISTRATIVE CLOSURE OF CONSOLIDATED CASES**<br><br>Judge: Hon. James V. Selna |

1    All Parties named in the operative complaint and counterclaims in this
2 consolidated action previously dismissed their claims and counterclaims pursuant to Fed.
3 R. Civ. P. 41(a)(1)(A)(ii). *See* Doc. 280. This litigation has been resolved in its entirety
4 and the parties jointly request that the Court's docket reflect that the master case and
5 related consolidated cases are terminated and closed. Specifically, the parties request that
6 the Court's docket be updated such that the following are shown as administratively
7 terminated and closed: (1) this master case, No. 15-cv-0718-JVS-DFM; (2) consolidated
8 case *Richard Bagdasarian Inc. v. Union Pacific Railroad Co., et al.*, No. 15-cv-0986-
9 JVS-DFM; and (3) consolidated case *Rodriquez Elpidio, et al. v. Union Pacific Railroad
10 Co., et al.*, No. 15-cv-7492-JVS-DFM.

11    The parties also respectfully request that the scheduling conference set for May
12 21, 2018 at 1:30 p.m. be cancelled and removed from the Court's calendar because this
13 case has been dismissed and closed in its entirety.

2
JOINT NOTICE REGARDING ADMINISTRATIVE CLOSURE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 9, 2018 | Respectfully submitted, |
| 3 | | |
| 4 | /s/ Barrett J. Vahle | |
|   | Norman E. Siegel | Thomas S. Stewart |
| 5 | (admitted *pro hac vice*) | (admitted *pro hac vice*) |
|   | Barrett J. Vahle (admitted *pro hac vice*) | Elizabeth G. McCulley |
| 6 | Ethan M. Lange (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| 7 | STUEVE SIEGEL HANSON LLP | STEWART, WALD & MCCULLEY, LLC |
|   | 460 Nichols Road, Suite 200 | 2100 Central, Suite 22 |
| 8 | Kansas City, Missouri 64112 | Kansas City, Missouri 64108 |
| 9 | Phone: (816) 714-7100 | Phone: (816) 303-1500 |
|   | Fax: (816) 714-7101 | Fax: (816) 527-8068 |
| 10 | *siegel@stuevesiegel.com* | *stewart@swm.legal* |
| 11 | *vahle@stuevesiegel.com* | *mcculley@swm.legal* |
|    | *lange@stuevesiegel.com* | |
| 12 | | Steven M. Wald (admitted *pro hac vice*) |
| 13 | Jason S. Hartley | STEWART, WALD & MCCULLEY, LLC |
|    | STUEVE SIEGEL HANSON LLP | 12747 Olive Blvd., Suite 280 |
| 14 | 550 West C Street, Suite 1750 | St. Louis, Missouri 63141 |
| 15 | San Diego, California 92101 | Phone: (314) 720-6190 |
|    | Phone: (619) 400-5822 | Fax: (314) 400-7724 |
| 16 | Fax: (619) 400-5832 | *wald@swm.legal* |
| 17 | *hartley@stuevesiegel.com* | |

*Counsel for Plaintiffs*

Dated: May 9, 2018                    Respectfully submitted,

                                        /s/ Tammy B. Webb_____

Joseph Rebein
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547
jrebein@shb.com

Tammy B. Webb
John K. Sherk III
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281
tbwebb@shb.com
jsherk@shb.com

**Attorneys for Defendant**
**UNION PACIFIC RAILROAD COMPANY**

Dated: May 9, 2018                    Respectfully submitted,

                                        /s/ M. Ray Hartman III_____

Steven M. Strauss
M. Ray Hartman III
Summer J. Wynn
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6030
Facsimile: (858) 550-6420
sms@cooley.com
swynn@cooley.com

**Attorneys for Defendants**

**SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.**